UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BOYLE, | CASE NO. 2:22-CV-001194 |
| Plaintiffs, | |
| vs. | |
| COUNTY OF PLACER, et al, | |
| Defendants. | **ORDER** |

FOR GOOD CAUSE APPEARING, Defendants Placer County, Devon Bell, California Forensic Medical Group Inc., M. Kendrick, and Diana McGinnis' Ex Parte Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication (ECF No. 46) is granted.

IT IS HEREBY ORDERED that Defendants shall file their response to Plaintiff's Motion for Summary Judgment or, in the Alternative, Summary Adjudication by October 30, 2025.

DATED: October 6, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE