

# United States District Court
## Eastern District of California

| | |
|---|---|
| BARBARA BOYLE | |

Plaintiff(s)

Case Number: 2:22-CV-01194-TLN-JDP

V.

| |
|---|
| COUNTY OF PLACER, ET AL. |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Emily M. Pascale hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:

California Forensic Medical Group Inc., Placer County, Devon Bell, M. Kendrick, Diana McGinnis, and Dr. David Duncan

On ___01/10/2025___ (date), I was admitted to practice and presently in good standing in the
Supreme Court of the State of North Carolina (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: ___10/15/2025___       Signature of Applicant: /s/ Emily M. Pascale

**Pro Hac Vice Attorney**

Applicant's Name:             Emily M. Pascale

Law Firm Name:              Gordon Rees Scully Mansukhani

Address:                    150 Fayetteville Street, Suite 1120

City:              Raleigh              State:    NC      Zip:   27601

Phone Number w/Area Code:  (315) 720-9407

City and State of Residence:  Sanford, North Carolina

Primary E-mail Address:     epascale@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:        Lindsey M. Romano

Law Firm Name:              Gordon Rees Scully Mansukhani

Address:                    315 Pacific Avenue

City:              San Francisco         State:    CA      Zip:    94111

Phone Number w/Area Code:  (415) 986-5900        Bar #    337600

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:   October 15, 2025

JUDGE, U.S. DISTRICT COURT