# United States District Court
# Eastern District of California

Barbara Boyle

Plaintiff(s)

V.

County of Placer, et al.,

Defendant(s)

Case Number: 2:22-cv-01194-TLN-JDP

APPLICATION FOR PRO HAC VICE
AND [redacted] ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sarah A. Kilgore hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Devon Bell, California Forensic Medical Group Inc., County of Placer, David Duncan, M. Kendrick, & Diana McGinni

On 09/24/2025 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Estate of Derek Valentine v. Cnty. of Merced, et al. 1:23-cv-01697-SAB - 03/09/2026 - Granted

Estate of Tomi Kartchner, et al. v. Cnty. of Merced, et al. 1:23-cv-01672-KES-EGC - 07/27/2026 - Granted

Date:____________________ Signature of Applicant: /s/ Sarah A. Kilgore

**Pro Hac Vice Attorney**

Applicant's Name: Sarah A. Kilgore

Law Firm Name: GORDON REES SCULLY MANSUKHANI LLP

Address: 150 FAYETTEVILLE STREET

SUITE 1120

City: RALEIGH State: NC Zip: 27601

Phone Number w/Area Code: (984) 392-8622

City and State of Residence: RALEIGH, NC

Primary E-mail Address: skilgore@grsm.com

Secondary E-mail Address: sarah.ann.kilgore@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: KENDRA N. STARK

Law Firm Name: GORDON REES SCULLY MANSUKHANI LLP

Address: 315 PACIFIC AVE

City: SAN FRANCISCO State: CA Zip: 94111

Phone Number w/Area Code: (984) 242-1787 Bar # 363663

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 11, 2026

JUDGE, U.S. DISTRICT COURT